IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL JACKSON OFORI,**

    Petitioner,

v.                                           No. CV 12-1131 JH/LAM

**ERIC HOLDER, et al.,**

    Respondents.

## ORDER

**THIS MATTER** having come before the Court on Petitioner's motion to proceed *in forma pauperis* [*Doc. 3*], and the Court being fully advised;

**IT IS ORDERED** that the motion [*Doc. 3*] is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**