IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL JACKSON OFORI,**

    Petitioner,

v.                                                                           No. CV 12-1131 JH/LAM

**ERIC HOLDER, et al.,**

    Respondents.

## ORDER

**THIS MATTER** is before the Court, *sua sponte* under Rules 1(b) and 4 of the Rules Governing Section 2254 Cases, on Petitioner's ***Petition For a Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2241*** *(Doc. 1)*. Pursuant to *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004), the Court will direct that Ray Terry, Warden, who is Petitioner's custodian, be substituted as the sole named Respondent in this matter.

**IT IS THEREFORE ORDERED** that the Clerk is directed to substitute Ray Terry, Warden, as the sole named Respondent in this matter; and to forward copies of this Order to Respondent Terry and to the United States Attorney for the District of New Mexico, with copies of Petitioner's ***Petition For a Writ Of Habeas Corpus Under 28 U.S.C. § 2241*** *(Doc. 1)* and supporting papers and exhibits, if any;

**IT IS FURTHER ORDERED** that, **within twenty-three (23) days from entry of this Order**, Respondent answer Petitioner's ***Petition For a Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2241*** *(Doc. 1)*.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**