IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL JACKSON OFORI,**

    Petitioner,

v.                                         No. CV 12-1131 JCH/LAM

**ERIC HOLDER, et al.,**

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 18)*, filed on February 22, 2013. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will: adopt the *Proposed Findings and Recommended Disposition (Doc. 18)*; grant Respondent Ray Terry's *Motion to Dismiss Petition Without Prejudice (Doc. 17)*, *Petitioner's Motion to Expedite Decision (Doc. 9)*, and *Petitioner's Motion to Present Additional Evidence for Inclusion in his Case (Doc. 14)*; deny without prejudice Petitioner's *Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)*, *Motion for Appointment of Counsel Pursuant to 18 U.S.C. Section 3006 A (Doc. 4)*, and *Motion Restricting Removal or Transfer of Petitioner From Current Place of Detention before Final Adjudication of the Foregoing (Doc. 8)*; and dismiss this case without prejudice.

    **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 18)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Respondent Ray Terry's *Motion to Dismiss Petition Without Prejudice (Doc. 17)*, *Petitioner's Motion to Expedite Decision (Doc. 9)*, and *Petitioner's Motion to Present Additional Evidence for Inclusion in his Case (Doc. 14)* are **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's *Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)*, *Motion for Appointment of Counsel Pursuant to 18 U.S.C. Section 3006 A (Doc. 4)*, and *Motion Restricting Removal or Transfer of Petitioner From Current Place of Detention before Final Adjudication of the Foregoing (Doc. 8)* are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

*[signature]*
**HONORABLE JUDITH C. HERRERA**
**UNITED STATES DISTRICT JUDGE**